IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **PATRICIA BENTON LEE**,<br><br>    Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA, QUICKEN LOANS, ALL PERSONS UNKNOWN,CLAIMING ANY LEGAL OREQUITABLE RIGHT, TITLE,ESTATEL, LIEN, OR INTEREST INTHE PROPERTY DESCRIBED IN THECOMPLAINT ADVERSE TOPLAINTIFF'S TITLE, OR ANY CLOUDON PLAINTIFF'S TITLE THERETO;AND DOES 1-20, INCLUSIVE ANDTHE WORLD**,<br>    Defendant. | Civil Action No. 7:14-CV-46 (HL) |

## ORDER

Defendant Bank of America, N.A. filed a Motion to Dismiss in the above-styled action on April 8, 2014, based on Plaintiff's failure to provide a short, plain statement of her claim and failure to state a claim upon which relief can be granted. The Court directs Plaintiff to respond to Defendant's Motion to Dismiss pursuant to the dictates of the following notice:

The Plaintiff is proceeding *pro se*. Accordingly, the Court deems it appropriate and necessary to advise her of her right to respond to said Motion and of the consequences that she may suffer if she fails to file a response thereto.

The Court advises Plaintiff that:

(1) a Motion to Dismiss has been filed herein by Defendant;

(2) Plaintiff has the right to oppose the granting of said Motion; and

(3) if Plaintiff fails to oppose said Motion, her Complaint may be dismissed.

The Court further advises Plaintiff that under the procedures and policies of this Court, motions to dismiss typically are decided on briefs. The Court considers the pleadings and briefs filed by the parties in deciding whether dismissal is appropriate under the law.

Failure of the Plaintiff to respond to Defendant's Motion to Dismiss, therefore, may result in the granting of the Motion. There would be no trial or further proceedings.

Accordingly, the Plaintiff is ordered and directed to file a response to said Motion to Dismiss **BY NO LATER THAN MAY 8, 2014.** Thereafter, the Court will consider the Motion and any opposition filed by Plaintiff.

**SO ORDERED,** this 8th day of April, 2014.

*s/ Hugh Lawson*_____
**HUGH LAWSON, SENIOR JUDGE**

aks